IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JAMES OTIS BURDEN, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-344 (MTT) |
| ROBERT TOOLE, Warden, | ) |
| Respondent. | ) |

## ORDER

On June 28, 2013, the Court entered an Order (Doc. 21) adopting the Magistrate Judge's Recommendation (Doc.18). The June 28 Order does not reference the Petitioner's second objection (Doc. 20) filed shortly before the Court rendered its decision. The Court enters this Order to clarify that it has reviewed the Petitioner's second objection and that it does not alter the Court's June 28 Order.

**SO ORDERED**, this 1st day of July, 2013.

\

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT